

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00214-CV

Nahid Abdulhameed **ABBOOD**,
Appellant

v.

Nagham Sabah **KAREEM**,
Appellee

From the 201st District Court, Travis County, Texas
Trial Court No. D-1-FM-13-002661
The Honorable Charles R. Ramsay, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
            Luz Elena D. Chapa, Justice
            Jason Pulliam, Justice

Delivered and Filed:  August 3, 2016

DISMISSED

Nahid Abdulhameed Abbood appeals the trial court's Final Decree of Divorce signed February 3, 2016. Abbood's brief was originally due July 6, 2016. Neither the brief nor a motion for extension of time was filed. On July 13, we ordered Abbood to file his brief by July 25, 2016. We advised Abbood that if he did not file the brief by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (court may dismiss appeal because appellant has failed to comply with a court order within the time

provided).  Abbood has not responded to our July 13, 2016 order and has not filed his appellant's brief.  We therefore dismiss this appeal.

PER CURIAM